# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVIN DERR, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RA MEDICAL SYSTEMS, INC., et al.<br><br>Defendants. | CASE NO. 19cv1079-LAB (AHG)<br><br>**ORDER GRANTING MOTION TO APPOINT COUNSEL AND APPOINT LEAD PLAINTIFF [Dkt. 4]** |

Ervin Derr and Peter Shoemaker move for appointment as lead plaintiffs and for approval of their counsel, Glancy Prongay & Murray LLP, as lead counsel. Oppositions to that motion were due August 28, 2019, but none were filed. It is **ORDERED** that:

1. The Motion, (Dkt. 4), is **GRANTED**;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(B), **APPOINTS** Ervin Derr and Peter Shoemaker as Lead Plaintiff;

3. Pursuant to 15 U.S.C. § 77z-1(a)(3)(B)(v), **APPROVES** Ervin Derr and Peter Shoemaker's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class; and

4. The hearing current set for October 7, 2019 is **VACATED**.

**IT IS SO ORDERED**.

Dated: September 4, 2019

*[signature]*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -