Robert V. Prongay (SBN 270796)
Pavithra Rajesh (SBN 323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
Email: prajesh@glancylaw.com

*Counsel for Lead Plaintiffs Ervin Derr
and Peter Shoemaker and Lead Counsel
for the Class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVIN DERR, and PETER SHOEMAKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RA MEDICAL SYSTEMS, INC., DEAN IRWIN, ANDREW JACKSON, MELISSA BURSTEIN, MARTIN BURSTEIN, RICHARD HEYMANN, MAURICE BUCHBINDER, MARTIN COLOMBATTO, RICHARD MEJIA, JR., PIPER JAFFRAY & CO., CANTOR FITZGERALD & CO., SUNTRUST ROBINSON HUMPHREY, INC., NOMURA SECURITIES INTERNATIONAL, INC., and MAXIM GROUP LLC,<br><br>Defendants. | Case No. 3:19-cv-01079-LAB-AHG<br><br>**LEAD PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS PIPER SANDLER & CO. F/K/A/ PIPER JAFFRAY & CO., CANTOR FITZGERALD & CO., SUNTRUST ROBINSON HUMPHREY, INC., NOMURA SECURITIES INTERNATIONAL, INC., AND MAXIM GROUP LLC WITHOUT PREJUDICE**<br><br>The Hon. Larry Alan Burns |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Lead Plaintiffs Ervin Derr and Peter Shoemaker voluntarily dismiss their claims against the underwriter defendants—Piper Sandler & Co. f/k/a/ Piper Jaffray & Co., Cantor Fitzgerald & Co., SunTrust Robinson Humphrey, Inc., Nomura Securities International, Inc., and Maxim Group LLC— without prejudice.  Lead Plaintiffs' claims against the other defendants remain.

DATED:  March 11, 2020

**GLANCY PRONGAY & MURRAY LLP**

By:  _s/ Pavithra Rajesh_

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
Email: prajesh@glancylaw.com

_Counsel for Lead Plaintiffs Ervin Derr and Peter Shoemaker and Lead Counsel for the Class_

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

_Additional Counsel_

1                                                      Case No. 3:19-cv-01079-LAB-AHG

**<u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>**

I, the undersigned, say:

I am not a party to the above case, and am over eighteen years old. On March 11, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 11, 2020, at Los Angeles, California.

*s/ Pavithra Rajesh*
Pavithra Rajesh
