Gregory L. Watts, State Bar No. 197126
Stephanie L. Jensen, WSBA No. 42042 (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699
gwatts@wsgr.com
sjensen@wsgr.com

*Counsel for Defendants Ra Medical Systems, Inc., Andrew Jackson, Richard Heymann, Maurice Buchbinder, Martin Colombatto, Richard Mejia, Jr., Mark E. Saad, and William Enquist Jr.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVIN DERR, Individually and on Behalf of all Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RA MEDICAL SYSTEMS, INC., DEAN IRWIN, ANDREW JACKSON, MELISSA BURSTEIN, MARTIN BURSTEIN, RICHARD HEYMANN, MAURICE BUCHBINDER, MARTIN COLOMBATTO, RICHARD MEJIA, JR., PIPER JAFFREY & CO., CANTOR FITZGERALD & CO., SUNTRUST ROBINSON HUMPHREY, INC., NOMURA SECURITIES INTERNATIONAL, INC., and MAXIM GROUP, LLC, <br><br> Defendants. | Case No.:  3:19-cv-1079-LAB-AHG <br><br> **DECLARATION OF STEPHANIE L. JENSEN IN SUPPORT OF THE RA MEDICAL DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED COMPLAINT** <br><br> CLASS ACTION <br><br> DATE:      JULY 20, 2020 <br> TIME:      11:30 a.m. <br> CTRM:     14A, 14th Floor <br> JUDGE:    Hon. Larry Alan Burns |

3:19-cv-1079-LAB-AHG

DECLARATION OF STEPHANIE L. JENSEN ISO REPLY TO MOTION TO DISMISS

I, Stephanie L. Jensen, declare as follows:

1.      I am an attorney duly admitted to practice law in the State of Washington and in the above-captioned action *pro hac vice*. ECF. No. 34. I am associated with the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel of record for Ra Medical Systems, Inc. (the "Company"), Andrew Jackson, Richard Heymann, Maurice Buchbinder, Martin Colombatto, Richard Mejia, Jr., Mark E. Saad, and William Enquist Jr. (collectively, with the Company, the "Ra Medical Defendants"). I have personal knowledge of, and if called as a witness would competently testify to, the matters stated herein. This declaration is submitted in support of the Ra Medical Defendants' Reply in Further Support of Their Motion to Dismiss the Amended Complaint, filed concurrently herewith.

2.      Attached hereto is a courtesy copy of the Class 2 Device Recall regarding the Company's DABRA Laser System issued by the Food and Drug Administration that was previously submitted on March 13, 2020 by Defendants Dean Irwin, Melissa Burstein, and Martin Burstein (the "Irwin Defendants") as **Exhibit T** to the Declaration of Lauren M. Bushman in Support of Request for Judicial Notice in Support of Defendants Dean Irwin, Melissa Burstein and Martin Burstein's Motion to Dismiss the First Amended Complaint ("**Irwin's Exhibit T**"). *See* ECF No. 29 at 1,532-1,535. Plaintiffs have already received a copy of this exhibit and in fact address it in their Opposition to the pending Requests for Judicial Notice. Since the Ra Medical Defendants reference Exhibit T in their reply brief but do not reference any other of the Irwin Defendants' exhibits in the Ra Medical Defendants' motion to dismiss or reply brief, the Ra Medical Defendants re-submit Irwin's Exhibit T as a courtesy to the Court.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Snoqualmie, Washington on this 27th day of May 2020.

*/s/ Stephanie L. Jensen*
Stephanie L. Jensen

1

3:19-cv-1079-LAB-AHG

DECLARATION OF STEPHANIE L. JENSEN ISO REPLY TO MOTION TO DISMISS

## TABLE OF CONTENTS - EXHIBITS

| Ex. | Description | Page Number |
|---|---|---|
| Irwin's Exhibit T | Class 2 Device Recall regarding Ra Medical Systems, Inc.'s DABRA Laser System issued by the Food and Drug Administration | 4-8 |

3

3:19-cv-1079-LAB-AHG

DECLARATION OF STEPHANIE L. JENSEN ISO REPLY TO MOTION TO DISMISS