# Irwin's Exhibit T

EXHIBIT T



**FDA**

U.S. FOOD & DRUG
ADMINISTRATION

[FDA Home](#)[3] [Medical Devices](#)[4] [Databases](#)[5]

## Class 2 Device Recall DABRA Laser System


[6]

[510(k)](#)[7]|[DeNovo](#)[8]|[Registration & Listing](#)[9]|[Adverse Events](#)[10]|[Recalls](#)[11]|[PMA](#)[12]|[HDE](#)[13]|[Classification](#)[14]|[Standards](#)[15]

[CFR Title 21](#)[16]|[Radiation-Emitting Products](#)[17]|[X-Ray Assembler](#)[18]|[Medsun Reports](#)[19]|[CLIA](#)[20]|[TPLC](#)[21]

New Search | Back to Search Results



**Class 2 Device Recall
DABRA Laser System**

[22]

| | |
|---|---|
| **Date Initiated by Firm** | February 15, 2018 |
| **Create Date** | August 08, 2019 |
| **Recall Status**[1] | Completed |
| **Recall Number** | Z-2218-2019 |
| **Recall Event ID** | [83348](#)[23] |
| **510(K)Number** | [K170349](#)[24] |
| **Product Classification** | [Catheter for crossing total occlusions](#)[25] - **Product Code** [PDU](#)[26] |
| **Product** | The DABRA Laser (model RA-308) is designed to provide ultraviolet laser energy endovascularly through a catheter to occluded lesions in the peripheral arteries to cross them. <br> The system is a self-contained unit that consists of a light source unit and a single use catheter. The light source contains a microprocessor with software to provide safety features and a user-friendly interface. <br> The laser operates by producing a high current discharge within a chamber that is filled with rare gases and halogen. The discharge produces pulses of UV light, which is amplified by reflecting the energy within the resonating chamber many times. The output is directed to the desired target location by the catheter. A footswitch connected to the light source controls the laser action. |
| **Code Information** | Serial Numbers: 0016, 0039, 0044, 0048 |
| **Recalling Firm/ Manufacturer** | Ra Medical Systems Inc <br> 2070 Las Palmas Dr <br> Carlsbad CA 92011-1518 |
| **For Additional Information Contact** | Dean Irwin <br> 877-635-1800 |
| **Manufacturer Reason for Recall** | Lasers/Catheters did not calibrate during set-up prior to use. |
| **FDA Determined Cause** [2] | Other |
| **Action** | On 02/15/18, service technicians started visiting customer facilities to service affected lasers. |
| **Quantity in Commerce** | 4 |

EXHIBIT T

**Distribution**        U.S: CA, PA

**Total Product Life Cycle**
                         TPLC Device Report[27]

[1] A record in this database is created when a firm initiates a correction or removal action. The record is updated if the FDA identifies a violation and classifies the action as a recall, and it is updated for a final time when the recall is terminated. Learn more about medical device recalls[28].

[2] Per FDA policy, recall cause determinations are subject to modification up to the point of termination of the recall.

**510(K) Database**
                         510(K)s with Product Code = PDU and Original Applicant = Ra Medical Systems, Inc.[29]

---

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. http://www.fda.gov/MedicalDevices/default.htm

5. http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Databases/default.htm

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. http://www.fda.gov/safety/recalls/enforcementreports/default.htm

23. /scripts/cdrh/cfdocs/cfRES/res.cfm?start_search=1&event_id=83348

24. /scripts/cdrh/cfdocs/cfpmn/pmn.cfm?ID=K170349

25. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?ID=PDU

6

EXHIBIT T

26. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?ID=PDU

27. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm?id=PDU

28. http://www.fda.gov/MedicalDevices/Safety/ListofRecalls/ucm329946.htm

29. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm?
    start_search=1&productcode=PDU&knumber=&applicant=Ra%20Medical%20Systems%2C%20Inc%2E

Page Last Updated: 03/12/2020

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.
Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA



For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of **Health & Human Services**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. http://www.fda.gov/MedicalDevices/default.htm

5. http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Databases/default.htm

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. http://www.fda.gov/safety/recalls/enforcementreports/default.htm

23. /scripts/cdrh/cfdocs/cfRES/res.cfm?start_search=1&event_id=83348

24. /scripts/cdrh/cfdocs/cfpmn/pmn.cfm?ID=K170349

25. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?ID=PDU

26. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?ID=PDU

7

EXHIBIT T

Case 3:19-cv-01079-LAB-AHG Document 29-23 Filed 05/15/20 PageID.1823 Page 4 of 4

Case 3:19-cv-01079-LAB-AHG Document 37-2 Filed 05/27/20 PageID.2262 Page 5 of 5

27. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm?id=PDU

28. http://www.fda.gov/MedicalDevices/Safety/ListofRecalls/ucm329946.htm

29. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm?
start_search=1&productcode=PDU&knumber=&applicant=Ra%20Medical%20Systems%2C%20Inc%2E

8

EXHIBIT T