# EXHIBIT 1

**SUPERIOR COURT OF CALIFORNIA**
# County of SAN DIEGO

**Register of Actions Notice**

| | |
|---|---|
| Case Number: | 37-2019-00043227-CU-WT-NC |
| Case Title: | David Oliveri vs Ra Medical Systems [IMAGED] |
| Case Status: | All Proceedings Stayed |
| Case Category: | Civil - Unlimited |
| Case Type: | Wrongful Termination |

| | |
|---|---|
| Filing Date: | 08/15/2019 |
| Case Age: | 169 days |
| Location: | North County |
| Judicial Officer: | Timothy M. Casserly |
| Department: | N-31 |

## Future Events

| Date | Time | Department | Event |
|---|---|---|---|
| No future events | | | |

## Participants

| Name | Role | Representation |
|---|---|---|
| Oliveri, David | Plaintiff | Forootan, Shirin H; Freeze, Tamara S |
| Ra Medical Systems, Inc. | Defendant | Chan, Lyle M |

## Representation

| Name | Address | Phone Number |
|---|---|---|
| CHAN, LYLE  M | FISHER & PHILLIPS LLP 2050 MAIN Street 1000 IRVINE CA 92614 | (949) 851-2424 |
| FOROOTAN, SHIRIN  H | 400 Spectrum Center Drive 560 Irvine CA 92618 | (949) 378-9794 |
| FREEZE, TAMARA  S | 400 Spectrum Center Drive 560 Irvine CA 92618 | (949) 378-9794 |

| ROA# | Entry Date | Short/Long Entry | Filed By |
|---|---|---|---|
| 1 | 08/15/2019 | Complaint filed by Oliveri, David. Refers to: Ra Medical Systems, Inc. | Oliveri, David (Plaintiff) |
| 2 | 08/15/2019 | Civil Case Cover Sheet filed by Oliveri, David. Refers to: Ra Medical Systems, Inc. | Oliveri, David (Plaintiff) |
| 3 | 08/15/2019 | Original Summons filed by Oliveri, David. Refers to: Ra Medical Systems, Inc. | Oliveri, David (Plaintiff) |
| 4 | 08/19/2019 | Summons issued. | |
| 5 | 08/15/2019 | Case assigned to Judicial Officer Stern, Jacqueline. | |
| 6 | 08/19/2019 | Civil Case Management Conference scheduled for 04/24/2020 at 09:00:00 AM at North County in N-27 Jacqueline M. Stern. | |
| 7 | 08/19/2019 | Case initiation form printed. | |
| 8 | 08/26/2019 | Proof of Service of 30-day Summons & Complaint - Substitute filed by Oliveri, David. Refers to: Ra Medical Systems, Inc. | Oliveri, David (Plaintiff) |
| 9 | 08/21/2019 | Peremptory Challenge filed by Oliveri, David. | Oliveri, David (Plaintiff) |
| 10 | 08/28/2019 | Case reassigned from Judge Stern, Jacqueline M. to Timothy Casserly effective 08/28/2019 | |
| 11 | 08/29/2019 | Civil Case Management Conference reassigned to Casserly, Timothy for 04/24/2020 at 09:00:00 AM in N-31 at North County. | |
| 12 | 09/06/2019 | Notice - Other (NOTICE OF RULING AND CASE REASSIGNMENT) filed by Oliveri, David. | Oliveri, David (Plaintiff) |
| 13 | 10/03/2019 | Demurrer / Motion to Strike scheduled for 01/10/2020 at 01:30:00 PM at North County in N-31 Timothy M. Casserly. | |
| 14 | 10/03/2019 | Motion to Dismiss scheduled for 01/03/2020 at 01:30:00 PM at North County in N-31 Timothy M. Casserly. | |

| | | | |
|---|---|---|---|
| 15 | 10/10/2019 | The Motion to Dismiss was rescheduled to 01/10/2020 at 01:30:00 PM in N-31 before Timothy M. Casserly at North County. | |
| 16 | 10/10/2019 | Motion to Dismiss scheduled for 01/10/2020 at 01:30:00 PM at North County in N-31 Timothy M. Casserly. | |
| 17 | 10/03/2019 | Demurrer (1/10/2020) filed by Ra Medical Systems, Inc.. | Ra Medical Systems, Inc. (Defendant) |
| 18 | 10/03/2019 | Motion to Dismiss (1/10/2020) filed by Ra Medical Systems, Inc.. | Ra Medical Systems, Inc. (Defendant) |
| 19 | 10/17/2019 | Notice - Other (OF UNAVAILIBILITY OF COUNSEL) filed by Oliveri, David. | Oliveri, David (Plaintiff) |
| 20 | 12/27/2019 | Opposition to Noticed Motion and Supporting Declarations filed by Oliveri, David. | Oliveri, David (Plaintiff) |
| 21 | 12/27/2019 | Proof of Service filed by Oliveri, David; Oliveri, David. | Oliveri, David (Plaintiff); Oliveri, David (Plaintiff) |
| 22 | 12/27/2019 | Opposition to Noticed Motion and Supporting Declarations filed by Oliveri, David. | Oliveri, David (Plaintiff) |
| 23 | 12/27/2019 | Declaration - Other filed by Oliveri, David; Oliveri, David. | Oliveri, David (Plaintiff); Oliveri, David (Plaintiff) |
| 24 | 12/27/2019 | Declaration - Other filed by Oliveri, David; Oliveri, David. | Oliveri, David (Plaintiff); Oliveri, David (Plaintiff) |
| 25 | 12/27/2019 | Proof of Service filed by Oliveri, David; Oliveri, David. | Oliveri, David (Plaintiff); Oliveri, David (Plaintiff) |
| 26 | 01/03/2020 | Reply to Opposition of Noticed Motion and Supporting Declarations filed by Ra Medical Systems, Inc.. | Ra Medical Systems, Inc. (Defendant) |
| 27 | 01/03/2020 | Reply to Opposition of Noticed Motion and Supporting Declarations filed by Ra Medical Systems, Inc.. | Ra Medical Systems, Inc. (Defendant) |
| 28 | 01/09/2020 | Tentative Ruling for Motion to Dismiss published. | |
| 29 | 01/09/2020 | Tentative Ruling for Demurrer / Motion to Strike published. | |
| 30 | 01/10/2020 | Appointment of Official Reporter Pro Tempore (and ORDER) filed by The Superior Court of San Diego. | |
| 31 | 01/10/2020 | Matter taken under submission. | |
| 32 | 01/10/2020 | Minutes finalized for  Multiple Events  heard 01/10/2020 01:30:00 PM. | |
| 33 | 01/31/2020 | Matter decided. | |
| 34 | 01/31/2020 | Matter decided. | |
| 35 | 01/31/2020 | Miscellaneous Minute Order Finalized. | |
| 36 | 01/31/2020 | Clerk's Certificate of Service By Mail (Minutes Only) SD generated. | |
| 37 | 01/31/2020 | Civil Case Management Conference scheduled for 04/24/2020 at 09:00:00 AM at North County in N-31 Timothy M. Casserly was vacated. | |