EXHIBIT 2

Electronically Filed
10/01/2020 1:28 PM

*[signature]*

CLERK OF THE COURT

NVD
LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536; FAX (702) 386-6812
Attorney for Plaintiff

EIGHTH JUDICIAL DISTRICT COURT

DISTRICT OF NEVADA

DAVID OLIVERI,

       Plaintiff,

v.

RA MEDICAL SYSTEMS, INC., a Delaware
Corporation, and DOES 1 through 50,
inclusive,

       Defendants.

_____/

Case No.    A-20-813491-C
Dept. No.    XV

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, David Oliveri, by and through his counsel, Daniel Marks, Esq., of the Law Office of Daniel Marks, and hereby voluntarily dismisses the Complaint filed in this action pursuant to NRCP 41(a)(1), which allows dismissal of a claim before an answer is filed.

DATED this 1st day of October, 2020.

Dated this 1st day of October, 2020

*[signature]*

C99 832 7FCD 30EA
Joe Hardy
District Court Judge

LAW OFFICE OF DANIEL MARKS

/s/ Daniel Marks, Esq.
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
610 South Ninth Street
Las Vegas, Nevada 89101
Attorney for Plaintiff

1

Statistically closed: USJR - CV - Voluntary Dismissal (Close Case) (USVD)

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

David Oliveri, Plaintiff(s)

vs.

RA Medical Systems, Inc.,
Defendant(s)

CASE NO: A-20-813491-C

DEPT. NO.  Department 15

## AUTOMATED CERTIFICATE OF SERVICE

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Notice of Voluntary Dismissal was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 10/1/2020

Daniel Marks                    Office@danielmarks.net