Robert V. Prongay (SBN 270796)
Pavithra Rajesh (SBN 323055)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:(310) 201-9150
Facsimile: (310) 201-9160
Email:      rprongay@glancylaw.com
            prajesh@glancylaw.com

*Attorneys for Lead Plaintiff Ervin Derr
and Peter Shoemaker*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVIN DERR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RA MEDICAL SYSTEMS, INC., DEAN IRWIN, ANDREW JACKSON, MELISSA BURSTEIN, MARTIN BURSTEIN, RICHARD HEYMANN, MAURICE BUCHBINDER, MARTIN COLOMBATTO, RICHARD MEJIA, JR., PIPER JAFFRAY & CO., CANTOR FITZGERALD & CO., SUNTRUST ROBINSON HUMPHREY, INC., NOMURA SECURITIES INTERNATIONAL, INC., and MAXIM GROUP LLC,<br><br>Defendants. | Case No. 3:19-cv-01079-LAB-AHG<br><br>**PLAINTIFFS' NOTICE OF RECENT DECISION IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

Case No. 3:19-cv-01079-LAB-AHG

Lead Plaintiffs Ervin Derr and Peter Shoemaker ("Plaintiffs") respectfully submit this Notice to inform the Court of a recent decision by the United States District Court for the Eastern District of New York, captioned *Gordon v. Vanda Pharmaceuticals Inc.*, 1:19-cv-01108-FB-LB, 2021 WL 911755 (E.D.N.Y. Mar. 10, 2021) ("*Vanda*"), attached hereto as Exhibit A.

In *Vanda*, the court held that plaintiffs had adequately pled scienter as to individual defendant Mihael Polymeropoulous where the complaint "allege[d] that Polymeropoulous actively participated in trainings where Vanda's salesforce was directed to market Hetlioz and Fanapt to individuals who did not suffer from diseases those drugs were approved to treat." 2021 WL 911755, at *2. The court also found that the complaint adequately alleged Polymeropoulous made statements which "did not communicate that Vanda appears to have been actively promoting and marketing Fanapt off-label, as a first-line treatment." *Id.* at *3.

Similarly, the Amended Complaint adequately alleges that Defendant Dean Irwin acted with scienter when he made materially misleading statements about off-label marketing of DABRA by Ra Medical Systems, Inc. ("Ra Medical"). *See generally* Dkt. No. 21. Like in *Vanda*, Defendant Irwin "actively participated" in trainings where sales representatives were directed to market DABRA as an atherectomy device: Defendant Irwin attended sales trainings where he would answer questions from the person who conducted the sessions and discuss marketing for atherectomy. *Id.* at ¶¶ 173, 360. And, while Defendant Irwin claimed that it is the physician who determines whether the device is appropriate for a particular procedure, he failed to disclose that physicians used DABRA for atherectomy, at least in part, because Ra Medical instructed its sales representatives to promote the device for atherectomy, which is not the approved use and thus constitutes off-label marketing. *E.g. id.* at ¶¶ 278, 280.

Therefore, Plaintiffs respectfully submit this Notice of Recent Decision in support of their opposition to Defendants' motion to dismiss the Amended Complaint.

DATED:  March 18, 2021                    Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Robert V. Prongay*
Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:  info@glancylaw.com

*Attorneys for Lead Plaintiff Ervin Derr and Peter Shoemaker*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On March 18, 2021, I served true and correct copies of the foregoing document by posting the document electronically to the ECF website of the United States District Court for the Southern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 18, 2021, at Los Angeles, California.

*/s/ Robert V. Prongay*
Robert V. Prongay