# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVIN DERR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RA MEDICAL SYSTEMS, INC., DEAN IRWIN, ANDREW JACKSON, MELISSA BURSTEIN, MARTIN BURSTEIN, RICHARD HEYMANN, MAURICE BUCHBINDER, MARTIN COLOMBATTO, RICHARD MEJIA, JR., PIPER JAFFRAY & CO., CANTOR FITZGERALD & CO., SUNTRUST ROBINSON HUMPHREY, INC., NOMURA SECURITIES INTERNATIONAL, INC., and MAXIM GROUP LLC,<br><br>Defendants. | Case No. 3:19-cv-01079-LAB-AHG<br><br>**ORDER GRANTING JOINT MOTION REGARDING DEFENDANTS' DEADLINE TO ANSWER FIRST AMENDED COMPLAINT AND LEAD PLAINTIFFS' DEADLINE TO FILE A SECOND AMENDED COMPLAINT** |

Having reviewed the Joint Motion Regarding Defendants' Deadline to Answer First Amended Complaint and Lead Plaintiffs' Deadline to File a Second Amended Complaint, and good cause appearing, it is hereby **ORDERED** that:

1. Defendants' deadline to answer the First Amended Complaint (ECF No. 21) is extended, subject to the below terms.

2.    No later than **April 19, 2021**, Lead Plaintiffs shall file a Second Amended Complaint or a notice of intent not to amend.

3.    Within 7 days of the filing of the Second Amended Complaint or notice of intent not to amend, the Parties shall confer and submit a proposed schedule for Defendants' answer to the First Amended Complaint or for Defendants' response to the Second Amended Complaint, accordingly.

**IT IS SO ORDERED**.

Dated: April 7, 2021

Hon. Larry Alan Burns
United States District Judge