**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERVIN DERR, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:19-cv-01079-LAB-AHG |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO COMPLY WITH CivLR 15.1(c)** |
| v. | |
| RA MEDICAL SYSTEMS, INC., DEAN IRWIN, ANDREW JACKSON, MELISSA BURSTEIN, MARTIN BURSTEIN, RICHARD HEYMANN, MAURICE BUCHBINDER, MARTIN COLOMBATTO, RICHARD MEJIA, JR., PIPER JAFFRAY & CO., CANTOR FITZGERALD & CO., SUNTRUST ROBINSON HUMPHREY, INC., NOMURA SECURITIES INTERNATIONAL, INC., and MAXIM GROUP LLC, | |
| Defendants. | |

The Court granted in part and denied in part a motion to dismiss the First Amended Complaint in this action on March 24, 2021. (Dkt. 50.) Plaintiff Ervin Derr subsequently filed his Second Amended Complaint on April 19, 2021. Local Civil Rule 15.1(c) requires that "[a]ny amended pleading filed after the granting of a motion to dismiss . . . with leave to amend . . . be accompanied by a version of that pleading that shows . . . how that pleading differs from the previously dismissed pleading."

CivLR 15.1(c). Derr did not comply with this rule when filing the Second Amended Complaint, so he is **ORDERED** to file, no later than **April 23, 2021**, a comparison version showing, through redlining, underlining, strikeouts, and/or other similarly effective typographic methods, how the Second Amended Complaint differs from the First Amended Complaint.

**IT IS SO ORDERED**.

Dated: April 21, 2021

Hon. Larry Alan Burns
United States District Judge