Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Pavithra Rajesh (SBN 323055)
  prajesh@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiffs Ervin Derr and Peter Shoemaker*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVIN DERR, and PETER SHOEMAKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RA MEDICAL SYSTEMS, INC., DEAN IRWIN, ANDREW JACKSON, MELISSA BURSTEIN, MARTIN BURSTEIN, RICHARD HEYMANN, MAURICE BUCHBINDER, MARTIN COLOMBATTO, RICHARD MEJIA, JR., MARK E. SAAD, and WILLIAM ENQUIST, JR.,<br><br>Defendant. | Case No. 3:19-cv-01079-LAB-AHG<br><br>**RESPONSE TO ORDER DIRECTING PLAINTIFF TO COMPLY WITH CivLR L.R. 15.1(c) (Dkt. No. 54)**<br><br>Judge:  Larry Alan Burns |

671511.1

Case No. 3:19-cv-01079-LAB-AHG

Lead Plaintiffs Ervin Derr and Peter Shoemaker ("Plaintiffs") hereby submit this response to the Court's Order Directing Plaintiff to Comply With CivLR 15.1(c) (Dkt. No. 54). Attached as Exhibit A is a comparison version showing how the Second Amended Complaint (Dkt. No. 53) differs from the First Amended Complaint (Dkt. No. 21). Plaintiffs note that none of the exhibits filed with the Second Amended Complaint had been filed with the First Amended Complaint.

DATED: April 22, 2021                    Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**
By:  /s/ Robert V. Prongay
Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

*Attorneys for Lead Plaintiffs Ervin Derr and Peter Shoemaker*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

671511.1

Case No. 3:19-cv-01079-LAB-AHG                                    1

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On April 22, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 22, 2021, at Los Angeles, California.

*s/ Robert V. Prongay*
Robert V. Prongay
