# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVIN DERR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RA MEDICAL SYSTEMS, INC., DEAN IRWIN, ANDREW JACKSON, MELISSA BURSTEIN, MARTIN BURSTEIN, RICHARD HEYMANN, MAURICE BUCHBINDER, MARTIN COLOMBATTO, RICHARD MEJIA, JR., PIPER JAFFRAY & CO., CANTOR FITZGERALD & CO., SUNTRUST ROBINSON HUMPHREY, INC., NOMURA SECURITIES INTERNATIONAL, INC., and MAXIM GROUP LLC,<br><br>Defendants. | Case No. 3:19-cv-01079-LAB-AHG<br><br>**ORDER GRANTING JOINT MOTION REGARDING DEFENDANTS' DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT [Dkt. 56]** |

Having reviewed the Joint Motion Regarding Defendants' Deadline to Respond to Second Amended Complaint, and good cause appearing, it is hereby **ORDERED** that:

1. Defendants' deadline to answer, move to dismiss, or otherwise respond to the Second Amended Complaint (ECF No. 53) is extended until **June 10, 2021**;

2.  Within 7 days after the Defendants answer, move to dismiss, or otherwise respond to the Second Amended Complaint, the Parties shall confer and submit a proposed schedule regarding Lead Plaintiffs' response, if any.

**IT IS SO ORDERED**.

Dated: April 30, 2021

_____
Hon. Larry Alan Burns
United States District Judge