Gregory L. Watts, State Bar No. 197126
Stephanie L. Jensen, WSBA No. 42042 (*pro hac vice*)
Jennifer E.K. Kendrex, WSBA No. 55596 (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:   (206) 883-2500
Facsimile:    (206) 883-2699
gwatts@wsgr.com
sjensen@wsgr.com
jkendrex@wsgr.com

*Counsel for Defendants Ra Medical Systems, Inc., Andrew Jackson, Richard Heymann, Maurice Buchbinder, Martin Colombatto, Richard Mejia, Jr., Mark E. Saad, and William Enquist, Jr.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVIN DERR, and PETER SHOEMAKER, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RA MEDICAL SYSTEMS, INC., DEAN IRWIN, ANDREW JACKSON, MELISSA BURSTEIN, MARTIN BURSTEIN, RICHARD HEYMANN, MAURICE BUCHBINDER, MARTIN COLOMBATTO, RICHARD MEJIA, JR., MARK E. SAAD, and WILLIAM ENQUIST, JR.,<br><br>Defendants. | Case No.:  3:19-cv-1079-LAB-AHG<br><br>**DECLARATION OF JENNIFER E.K. KENDREX IN SUPPORT OF THE RA MEDICAL DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>CLASS ACTION<br><br>DATE:        October 11, 2021<br>TIME:        11:30 AM<br>CTRM:      14A, 14th Floor<br>JUDGE:     Hon. Larry Alan Burns |

3:19-cv-1079-LAB-AHG

DECLARATION OF JENNIFER E.K. KENDREX ISO MOTION TO DISMISS

I, Jennifer E.K. Kendrex, declare as follows:

1.    I am an attorney duly admitted to practice law in the District of Columbia, Virginia, and Washington State, and I am admitted *pro hac vice* in the above-captioned action.  ECF No. 59.  I am associated with the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel of record for Ra Medical Systems, Inc. (the "Company"), Andrew Jackson, Richard Heymann, Maurice Buchbinder, Martin Colombatto, Richard Mejia, Jr., Mark E. Saad, and William Enquist, Jr. (collectively, with the Company, the "Ra Medical Defendants").  I have personal knowledge of, and if called as a witness would competently testify to, the matters stated herein.  This declaration is submitted in support of the Ra Medical Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint, filed concurrently herewith.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of Ervin Derr's Sworn Certification of Plaintiff, as excerpted from Plaintiff's Class Action Complaint for Violations of the Federal Securities Laws, No. 3:19-cv-1079-LAB-NLS[1] (S.D. Cal. June 7, 2019), ECF No. 1.

3.    Attached hereto as **Exhibit 2** is a true and correct copy of Peter Shoemaker's Sworn Certification of Plaintiff, as attached to Plaintiff's Notice of Lodging, No. 3:19-cv-1079-LAB-AHG (S.D. Cal. Jan. 13, 2020), ECF No. 22.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of Ra Medical Systems, Inc.'s Amended S-1 Registration Statement, filed with the Securities and Exchange Commission (the "SEC") on September 24, 2018 and deemed effective September 26, 2018.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of Ra Medical Systems, Inc.'s Form 8-K filed with the SEC on November 1, 2019.  The Form 8-K

---

[1] The lawsuit was originally filed under Case No. 3:19-cv-1079-LAB-NLS, *see* Ex. 2, but the case number was changed to 3:19-cv-1079-LAB-AHG on August 8, 2019 upon the entry of the Order of Transfer from the Honorable Nita L. Stormes, to the calendar of the Honorable Allison H. Goddard for all further proceedings, *see* ECF No. 3.

1

DECLARATION OF JENNIFER E.K. KENDREX ISO MOTION TO DISMISS

includes a press release detailing the primary investigative findings of the Company's Audit Committee, dated October 31, 2019.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of Ra Medical Systems, Inc.'s Form 10-K for the fiscal year ended December 31, 2018, filed with the SEC on March 15, 2019.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of Ra Medical Systems, Inc.'s Form 10-Q for the fiscal quarter ended March 31, 2019, filed with the SEC on May 14, 2019.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Seattle, Washington on this 10th day of June 2021.

*/s/ Jennifer E.K. Kendrex*
Jennifer E.K. Kendrex

2

3:19-cv-1079-LAB-AHG

DECLARATION OF JENNIFER E.K. KENDREX ISO MOTION TO DISMISS

## TABLE OF CONTENTS – EXHIBITS

| Ex. # | Description | Page Number |
|:---:|:---|:---:|
| 1. | Ervin Derr's Sworn Certification of Plaintiff, as excerpted from Plaintiff's Class Action Complaint for Violations of the Federal Securities Laws, No. 3:19-cv-1079-LAB-NLS (S.D. Cal. June 7, 2019), ECF No. 1. | 4-6 |
| 2. | Peter Shoemaker's Sworn Certification of Plaintiff, as attached to Plaintiff's Notice of Lodging, No. 3:19-cv-1079-LAB-AHG (S.D. Cal. Jan. 13, 2020), ECF No. 22. | 7-12 |
| 3. | Excerpts of Ra Medical Systems, Inc.'s Amended S-1 Registration Statement, filed with the SEC on September 24, 2018 and deemed effective September 26, 2018. | 13-37 |
| 4. | Ra Medical Systems, Inc.'s Form 8-K filed with the SEC on November 1, 2019. The Form 8-K includes a press release detailing the primary investigative findings of the Company's Audit Committee, dated October 31, 2019. | 38-44 |
| 5. | Excerpts of Ra Medical Systems, Inc.'s Form 10-K for the fiscal year ended December 31, 2018, filed with the SEC on March 15, 2019. | 45-63 |
| 6. | Excerpts of Ra Medical Systems, Inc.'s Form 10-Q for the fiscal quarter ended March 31, 2019, filed with the SEC on May 14, 2019. | 64-70 |

3:19-cv-1079-LAB-AHG

DECLARATION OF JENNIFER E.K. KENDREX ISO MOTION TO DISMISS