Robert V. Prongay (SBN 270796)
   *rprongay@glancylaw.com*
Pavithra Rajesh (SBN 323055)
   *prajesh@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiffs Ervin Derr and Peter Shoemaker*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVIN DERR, and PETER SHOEMAKER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RA MEDICAL SYSTEMS, INC., DEAN IRWIN, ANDREW JACKSON, MELISSA BURSTEIN, MARTIN BURSTEIN, RICHARD HEYMANN, MAURICE BUCHBINDER, MARTIN COLOMBATTO, RICHARD MEJIA, JR., MARK E. SAAD, and WILLIAM ENQUIST, JR., <br><br> Defendant. | Case No. 3:19-cv-01079-LAB-AHG <br><br> **DECLARATION OF ROBERT V. PRONGAY IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO THE RA MEDICAL DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT [DKT. NO. 60] AND TO THE IRWIN DEFENDANTS' JOINDER THEREOF [DKT. NO. 62]** |

I, Robert V. Prongay, declare as follows:

1.    I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiffs Ervin Derr and Peter Shoemaker (together, "Plaintiffs") and  lead counsel for the class in the above-captioned action. I make this declaration in support of Plaintiffs' Opposition to the Ra Medical Defendants' Motion to Dismiss Second Amended Complaint and to the Irwin Defendants' Joinder Thereof. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:    A letter dated January 3, 2019 Regarding the Removal of Legends on Common Stock Owned by The Bentin Family Trust 1/24/97, which Ra Medical produced to Plaintiffs on June 23, 2020;

Exhibit 2:    A letter dated June 28, 2021 from counsel for Plaintiffs to counsel for Ra Medical Regarding the Section 11 Standing Arguments Raised by Defendant's Motion to Dismiss the SAC; and

Exhibit 3:    A letter dated July 9, 2021 from counsel for the Ra Medical Defendants to counsel for Plaintiffs in response to the June 28, 2021 letter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of July 2021, at Los Angeles, California.

*/s/ Robert V. Prongay*
Robert V. Prongay

DECLARATION OF ROBERT V. PRONGAY
Case No. 3:19-cv-01079-LAB-AHG

715773.1

1

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On July 26, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2021, at Los Angeles, California.

/s/ Robert V. Prongay
Robert V. Prongay

DECLARATION OF ROBERT V. PRONGAY
Case No. 3:19-cv-01079-LAB-AHG

715773.1