# EXHIBIT 1

**WSGR** **Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

12235 El Camino Real
San Diego, CA 92130-3002
PHONE 858.350.2300
FAX 858.350.2399

www.wsgr.com

January 3, 2019

*Via Electronic Mail*

American Stock Transfer & Trust Company, LLC
6201 15th Avenue
Brooklyn, NY 11219
Attn: Jacqueline Kretzu

Re: **Removal of Legends on Common Stock Owned by The Bentin Family Trust 1/24/97**

Ladies and Gentlemen:

We are counsel for Ra Medical Systems, Inc. (the "Company") and have received a request from The Bentin Family Trust 1/24/97 (the "Holder") to remove restrictive legends from 151,071 shares of Common Stock (the "Shares") of the Company registered in the name of the Holder. The book entry position evidencing the Shares bear a restrictive legend referring to the Securities Act of 1933, as amended (the "Securities Act"), and also may bear a legend referring to certain transfer restrictions.

We are advised that the Shares were acquired by Holder more than one year ago in a transaction not involving a public offering, and that Holder made full payment for the shares at that time.

We are further advised that the Holder is not, and was not at any time during the past three months, an executive officer, director or 5% stockholder of the Company. Accordingly, we believe there is a reasonable basis for the conclusion that the Holder is not, and was not at any time during the past three months, an "affiliate" of the Company, as that term is defined in subparagraph (a)(1) of Rule 144 promulgated under the Securities Act ("Rule 144").

Based upon the foregoing, we believe that the removal of legends from the Shares may be consummated in reliance upon Rule 144.

Accordingly, by copy of this letter, we are instructing American Stock Transfer & Trust Company, LLC, as transfer agent, to reissue the Shares in the name of the Holder. The book entry evidencing the reissued Shares shall bear no restrictive legends. Any book entry posting evidencing a balance of shares not so transferred shall bear the same restrictive legends as appear on the cancelled certificate and stop transfer orders shall remain in effect with respect thereto.

AUSTIN   BEIJING   BOSTON   BRUSSELS   HONG KONG   LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, DC   WILMINGTON, DE

**Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

American Stock Transfer & Trust Company, LLC
January 3, 2019
Page 2


Our opinion set forth herein relates solely to compliance with Rule 144 and does not cover any other laws or regulations that might have a bearing on the sale of the Shares.


Very truly yours,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


cc:    Daniel Horwood, Ra Medical Systems, Inc.

9598356_1.doc

Seller's Representation Letter for
Removal of Restricted Securities Legend
Under Rule 144(b)(1)

I, Kerry R Bentin, trustee of The Bentin Family Trust 1/24/97, propose to remove legends on 151,071 shares (the "Shares") of Common Stock of Ra Medical Systems, Inc. (the "Company") through American Stock Transfer & Trust Company ("AST") in accordance with Rule 144 (the "Rule"). Accordingly, I represent and warrant that:

1. The Shares are "restricted securities," as that term is defined in Rule 144(a)(3), and I acquired the Shares directly from the Company, paid for by personal checks issued to the Company as follows: 46,445 shares on March 15, 2011; 11,667 shares on April 27, 2011; 23,364 shares on August 25, 2011; 11,682 shares on September 20, 2011; 28,409 shares on November 7, 2011; 14,205 shares on December 28, 2011; 14,228 shares on November 1, 2012; and 1,071 shares on March 15, 2011.

2. I am not now, and have not been during the preceding twelve (12) months, an officer, director, or more than 10% shareholder of the Company or in any other way an "affiliate" of the Company, as that term is defined in Rule 144(a)(1).

3. I confirm that I have been the beneficial owner of the Shares for a period of at least one (1) year as computed in accordance with paragraph (d) of the Rule.

4. I confirm that, to my actual knowledge, the Company is not a shell issuer as described in Rule 144(i)(1). Therefor I am free to sell the Shares without restriction.

5. I confirm that this transaction is not part of a plan or scheme to evade the registration requirements under the Securities Act of 1933, as amended.

6. I have provided you with all stock certificates that I have representing the Shares and with copies of the investment representation letters and agreements I signed in connection with the acquisition of the Shares. The Shares are not subject to any lockup agreement, pooling agreement, or other contractual restriction on transfer.

7. I do not possess any material, non-public information regarding the Company or its prospects, and if, at any time before I initiate a sale of the Shares, or after such initiation and before the sale is completed, I obtain any such information, I will immediately rescind my order for the sale.

8. I acknowledge that AST as well as the Company and its counsel will rely upon the completeness and accuracy of the statements contained herein. I agree to indemnify and hold AST, the Company and its counsel harmless from and against all losses, costs, liabilities and expenses that may arise out of any sale of the Shares in violation of the Securities Exchange Act of 1933, or any other rules or regulations, as a result of any misrepresentation made herein.

Signed this 2nd day of January, 2019

The Bentin Family Trust 1/24/97

Kerry R Bentin, trustee