Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Pavithra Rajesh (SBN 323055)
  prajesh@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiffs Ervin Derr and Peter Shoemaker*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVIN DERR, and PETER SHOEMAKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RA MEDICAL SYSTEMS, INC., DEAN IRWIN, ANDREW JACKSON, MELISSA BURSTEIN, MARTIN BURSTEIN, RICHARD HEYMANN, MAURICE BUCHBINDER, MARTIN COLOMBATTO, RICHARD MEJIA, JR., MARK E. SAAD, and WILLIAM ENQUIST, JR.,<br><br>Defendant. | Case No. 3:19-cv-01079-LAB-AHG<br><br>**LEAD PLAINTIFFS' OPPOSITION TO THE RA MEDICAL DEFENDANTS' REQUEST FOR CONSIDERATION OF DOCUMENTS INCORPORATED BY REFERENCE AND JUDICIALLY NOTICEABLE** |

In connection with their motion to dismiss, the Ra Medical Defendants[1] submit four exhibits under the incorporation-by-reference and judicial notice doctrines. Dkt. No. 61.

Plaintiffs do not object to this Court taking judicial notice of the existence of the documents, but to the extent Defendants seek to admit them for the truth of the matters asserted therein, the Court should deny Defendants' requests. *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998 (9th Cir. 2018). ("Just because the document itself is susceptible to judicial notice does not mean that every assertion of fact within that document is judicially noticeable for its truth."). The Ninth Circuit has cautioned that Defendants cannot use judicial notice procedures to "present their own version of the facts at the pleading stage." *Id.* at 998-99 ("[T]he unscrupulous use of extrinsic documents to resolve competing theories against the complaint risks premature dismissals of plausible claims that may turn out to be valid after discovery.").

Specifically, as to Exhibit 3, Defendants attempt to submit that the Registration Statement supports a purported fact that "316,431 non-IPO shares [were] eligible for purchase on December 26, 2018." Def. Br. at 6-7. The Registration Statement actually states under the heading "SHARES ELIGIBLE FOR FUTURE SALE" that "316,431 restricted shares will be eligible for sale in the public market upon the completion of this offering under Rule 144." Ex. 3 at 153. Rule 144 imposes certain conditions before the shares can be sold, including requiring the shareholder to seek permission from the issuer (i.e., Ra Medical) to remove the restrictive legends. ¶ 49. The Registration Statement does not disclose whether and when the restrictive legends were removed from these 316,431 shares. Nor could it—the Registration Statement was filed in September 2018 and could not

---

[1] All capitalized terms herein have the same meaning as set forth in Lead Plaintiffs' Opposition to the Motion to Dismiss the SAC, filed concurrently herewith.

LEAD PLAINTIFFS' OPPOSITION TO REQUEST FOR JUDICIAL NOTICE
Case No. 3:19-cv-01079-LAB-AHG

purport to represent the number of shares that would be sold into the market months later. Thus, the Registration Statement cannot be used to support whether any non-IPO shares were actually in the market in February 2019 at the time of Plaintiffs' purchases.

DATED:  July 26, 2021           **GLANCY PRONGAY & MURRAY LLP**

                                By:   */s/ Robert V. Prongay*
                                _____
                                Robert V. Prongay
                                Pavithra Rajesh
                                1925 Century Park East, Suite 2100
                                Los Angeles, California 90067
                                Telephone:  (310) 201-9150
                                Facsimile:  (310) 201-9160
                                Email:  info@glancylaw.com

                                *Counsel for Lead Plaintiffs Ervin Derr and Peter Shoemaker*

                                **LAW OFFICES OF HOWARD G. SMITH**
                                Howard G. Smith
                                3070 Bristol Pike, Suite 112
                                Bensalem, PA 19020
                                Telephone: (215) 638-4847
                                Facsimile: (215) 638-4867

                                *Additional Counsel*

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On July 26, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2021, at Los Angeles, California.

*/s/ Robert V. Prongay*
Robert V. Prongay