# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

ERVIN DERR and PETER SHOEMAKER, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

RA MEDICAL SYSTEMS, INC., DEAN IRWIN, ANDREW JACKSON, MELISSA BURSTEIN, MARTIN BURSTEIN, RICHARD HEYMANN, MAURICE BUCHBINDER, MARTIN COLOMBATTO, RICHARD MEJIA, JR., PIPER JAFFRAY & CO., CANTOR FITZGERALD & CO., SUNTRUST ROBINSON HUMPHREY, INC., NOMURA SECURITIES INTERNATIONAL, INC., and MAXIM GROUP LLC,

Defendants.

Case No. 3:19-cv-01079-LAB-AHG

**ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiffs Ervin Derr and Peter Shoemaker have moved for preliminary approval of a settlement that would settle the claims in this action on a class-wide basis. The hearing on that motion is currently set for January 10, 2022 at 11:30 a.m. That hearing is **CONTINUED** to **February 7, 2022 at 11:30 a.m.**

**IT IS SO ORDERED**.

Dated: November 22, 2021

Hon. Larry Alan Burns
United States District Judge