# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVIN DERR and PETER SHOEMAKER, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>RA MEDICAL SYSTEMS, INC., DEAN IRWIN, ANDREW JACKSON, MELISSA BURSTEIN, MARTIN BURSTEIN, RICHARD HEYMANN, MAURICE BUCHBINDER, MARTIN COLOMBATTO, RICHARD MEJIA, JR., PIPER JAFFRAY & CO., CANTOR FITZGERALD & CO., SUNTRUST ROBINSON HUMPHREY, INC., NOMURA SECURITIES INTERNATIONAL, INC., and MAXIM GROUP LLC,<br><br>       Defendants. | Case No.:  3:19-cv-1079-LAB-AHG<br><br>**ORDER GRANTING JOINT MOTION TO APPEAR VIRTUALLY AT FEBRUARY 7, 2022 HEARING [Dkt. 77]** |

3:19-cv-1079-LAB-AHG

ORDER GRANTING JOINT MOTION TO APPEAR VIRTUALLY

Lead Plaintiffs Ervin Derr and Peter Shoemaker, Defendants Ra Medical Systems, Inc., Andrew Jackson, Richard Heymann, Maurice Buchbinder, Martin Colombatto, Richard Mejia, Jr., Mark E. Saad, William Enquist Jr., Dean Irwin, Melissa Burstein, and Martin Burstein (collectively, the "Parties"), filed a Joint Motion to Appear Virtually at February 7, 2022 Preliminary Approval of Settlement Hearing. ECF No. 77 ("Joint Motion"). After full consideration of the Motion, the Court **ORDERS**:

1. The Parties' Joint Motion is **GRANTED**;

2. Counsel for the Parties are hereby permitted to appear virtually at the February 7, 2022 Preliminary Approval of Settlement Hearing; and

3. The Court will circulate video conference information to all counsel of record on or before Friday, February 4, 2022.

**IT IS SO ORDERED.**

Dated: February 3, 2022

_____
Hon. Larry Alan Burns
United States District Judge

1

3:19-cv-1079-LAB-AHG

ORDER GRANTING JOINT MOTION TO APPEAR VIRTUALLY