# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVIN DERR and PETER SHOEMAKER, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>RA MEDICAL SYSTEMS, INC., DEAN IRWIN, ANDREW JACKSON, MELISSA BURSTEIN, MARTIN BURSTEIN, RICHARD HEYMANN, MAURICE BUCHBINDER, MARTIN COLOMBATTO, RICHARD MEJIA, JR., PIPER JAFFRAY & CO., CANTOR FITZGERALD & CO., SUNTRUST ROBINSON HUMPHREY, INC., NOMURA SECURITIES INTERNATIONAL, INC., and MAXIM GROUP LLC,<br><br>        Defendants. | Case No. 3:19-cv-01079-LAB-AHG<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME [Dkt. 84]** |

Case No. 3:19-cv-01079-LAB-AHG

Lead Plaintiffs Ervin Derr and Peter Shoemaker, Defendants Ra Medical Systems, Inc., Andrew Jackson, Richard Heymann, Maurice Buchbinder, Martin Colombatto, Richard Mejia, Jr., Mark E. Saad, William Enquist Jr., Dean Irwin, Melissa Burstein, and Martin Burstein filed a Joint Motion to Extend Time to Deposit Settlement Amount into the Escrow Account. (Dkt. 84, (the "Joint Motion"). The Court has considered the Joint Motion, and **ORDERS**:

1.    The Joint Motion is **GRANTED**; and

2.    Defendants are hereby granted one additional week, until March 28, 2022, to deposit the Settlement Amount into the Escrow Account, as those terms are defined in the Stipulation and Agreement of Settlement. (Dkt. 73-2).

**IT IS SO ORDERED.**

Dated: March 22, 2022

_____
Hon. Larry Alan Burns
United States District Judge