# EXHIBIT 3

**GLANCY PRONGAY & MURRAY LLP**
**FIRM LODESTAR REPORT FROM INCEPTION**

**IN RE RA MEDICAL SECURITIES LITIGATION**
**INCEPTION THROUGH APRIL 29, 2022**

| TIMEKEEPER/CASE | STATUS | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| **ATTORNEYS:** | | | | |
| Robert Prongay | Partner | 338.70 | 875.00 | 296,362.50 |
| Joseph Cohen | Partner | 77.50 | 1,050.00 | 81,375.00 |
| Kevin Ruf | Partner | 60.70 | 1,075.00 | 65,252.50 |
| Casey Sadler | Partner | 145.40 | 750.00 | 109,050.00 |
| Melissa Wright | Associate | 27.40 | 625.00 | 17,125.00 |
| Pavithra Rajesh | Associate | 295.50 | 450.00 | 132,975.00 |
| **TOTAL ATTORNEY** | **TOTAL** | **945.20** | | **702,140.00** |
| **PARALEGALS:** | | | | |
| Harry Kharadjian | Senior Paralegal | 52.30 | 325.00 | 16,997.50 |
| Paul Harrigan | Senior Paralegal | 24.60 | 325.00 | 7,995.00 |
| John D. Belanger | Research Analyst | 11.00 | 350.00 | 3,850.00 |
| Michaela Ligman | Research Analyst | 8.80 | 350.00 | 3,080.00 |
| **TOTAL PARALEGAL** | **TOTAL** | **96.70** | | **31,922.50** |
| **TOTAL LODESTAR** | **TOTAL** | **1,041.90** | | **734,062.50** |