# EXHIBIT 4

**GLANCY PRONGAY MURRAY LLP**
**FIRM EXPENSES REPORT**

**IN RE RA MEDICAL IPO SECURITIES LITIGATION**
**INCEPTION THROUGH APRIL 26, 2022**

| GPM LLP - RA MEDICAL EXPENSES | AMOUNT |
|---|---|
| COURIER | 42.34 |
| COURT FILING FEES | 400.00 |
| EXPERTS | 16,850.00 |
| INVESTIGATIONS | 12,705.55 |
| MEDIATION | 8,750.58 |
| ONLINE RESEARCH | 3,732.63 |
| OTHER RESEARCH | 16.00 |
| PRESS RELEASES | 444.00 |
| TRAVEL / MEALS | 190.67 |
| GRAND TOTAL | 43,131.77 |