# EXHIBIT 8

DocuSign Envelope ID: 6B775760-B6F2-4398-B2AB-67C79B3D5404

Robert V. Prongay (SBN 270796)
Casey E. Sadler (SBN 274241)
Pavithra Rajesh (SBN 323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email:      rprongay@glancylaw.com
Email:      csadler@glancylaw.com
Email:      prajesh@glancylaw.com

*Counsel for Lead Plaintiffs Ervin Derr and Peter Shoemaker and for the Settlement Class*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVIN DERR, and PETER SHOEMAKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RA MEDICAL SYSTEMS, INC., DEAN IRWIN, ANDREW JACKSON, MELISSA BURSTEIN, MARTIN BURSTEIN, RICHARD HEYMANN, MAURICE BUCHBINDER, MARTIN COLOMBATTO, RICHARD MEJIA, MARK E. SAAD, and WILLIAM ENQUIST, JR.,<br><br>Defendants. | Case No. 3:19-cv-01079-LAB-AHG<br><br>**DECLARATION OF LEAD PLAINTIFF PETER SHOEMAKER IN SUPPORT OF: (1) LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (2) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**<br><br>The Hon. Larry Alan Burns |

I, Peter Shoemaker, declare as follows:

1.    I am one of the Court-appointed Lead Plaintiffs in the above-captioned securities class action (the "Action").[1]  I respectfully submit this declaration in support of (i) Lead Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (ii) Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, including approval of my request to recover the reasonable costs and expenses I incurred in connection with my representation of the Settlement Class in the prosecution of this Action.

2.    I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 77z-1; 78u-4.  I have personal knowledge of the matters set forth in this declaration, as I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

## I.    LEAD PLAINTIFF'S OVERSIGHT OF THE LITIGATION

3.    By Order dated September 5, 2019, the Court appointed Ervin Derr  and me to serve as Lead Plaintiffs for the Action, and approved our selection of Glancy Prongay & Murray LLP to serve as Lead Counsel for the putative class.  ECF No. 9.

4.    In fulfillment of my responsibilities as a Lead Plaintiff on behalf of all class members in this Action, I worked closely with Lead Counsel regarding the litigation and resolution of this case.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated November 12, 2021 (ECF No. 73-2).

DECLARATION OF LEAD PLAINTIFF PETER SHOEMAKER
Case No. 3:19-cv-01079-LAB-AHG

790062.2

1

5.    Throughout my involvement in this litigation, I received periodic status reports from Lead Counsel on case developments, and participated in regular discussions concerning the prosecution of the Action, the strengths of and risks to the claims, and potential settlement.  In particular, I: (a) regularly communicated with my attorneys regarding the posture and progress of the case, as well as strategy; (b) produced documents to my attorneys; (c) reviewed all significant pleadings and briefs filed in the Action; (d) consulted with my attorneys regarding the settlement negotiations; and (e) evaluated and approved the proposed Settlement.

## II.    APPROVAL OF THE SETTLEMENT

6.    Through my active participation, I was kept informed of the progress of the settlement negotiations in this litigation.  Before, during, and after the mediation presided over by mediator Jed D. Melnick, Esq. of JAMS, I conferred with my attorneys regarding the parties' respective positions and the progress of the settlement negotiations.

7.    Based on my involvement in the prosecution and resolution of the claims asserted in the Action, I believe the Settlement is an excellent result for the Settlement Class, particularly in light of the risks of continued litigation.  Thus, I believe the proposed Settlement is fair, reasonable, and adequate to the Settlement Class and I strongly endorse approval of the Settlement by the Court.

## III.    LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

8.    I believe Lead Counsel's request for an award of attorneys' fees in the amount of 27.5% of the Settlement Fund is fair and reasonable in light of the work Lead Counsel performed on behalf of the Settlement Class.  I evaluated Lead Counsel's fee request by considering the work performed, the recovery obtained for the Settlement Class, and the risks of the Action, and have authorized this fee request for the Court's ultimate determination.

9.      I further believe that the litigation expenses Lead Counsel has requested reimbursement for are reasonable, and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action.  Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

10.      I understand that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA, 15 U.S.C. §§ 77z-1(a)(4); 78u-4(a)(4).    For this reason, in connection with Lead Counsel's request for reimbursement of Litigation Expenses, I am seeking reimbursement for the costs and expenses that I incurred directly relating to my representation of the Settlement Class in the Action.

11.      I am a researcher at a hedge fund, and the time I devoted to the representation of the Settlement Class in this Action was time that I otherwise would have spent at my job or engaged in other activities and, thus, represented a cost to me. I seek reimbursement in the amount of $5,000 for the time I devoted to participating in this Action.  I make this request based on the conservative effort that I devoted approximately 50 hours in the litigation-related activities described above.  It is my belief that this request for reimbursement is fair and reasonable.

**IV.    CONCLUSION**

12.      In conclusion, I strongly endorse the Settlement as fair, reasonable, and adequate.  I appreciate the Court's attention to the facts presented in my declaration and respectfully request that the Court approve: (a) Lead Plaintiffs' motion for final approval of the proposed Settlement and approval of the Plan of Allocation; (b) Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) my request for reimbursement of the reasonable costs and expenses incurred in prosecuting the Action on behalf of the Settlement Class.

---

DECLARATION OF LEAD PLAINTIFF PETER SHOEMAKER
Case No. 3:19-cv-01079-LAB-AHG

790062.2                                                                                                  3

DocuSign Envelope ID: 6B775760-B6F2-4398-B2AB-67C79B3D5404

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on ___April 28, 2022___ in ___San Francisco, CA___.

Peter Shoemaker

_____
Peter Shoemaker

---

DECLARATION OF LEAD PLAINTIFF PETER SHOEMAKER
Case No. 3:19-cv-01079-LAB-AHG

790062.2

4