# EXHIBIT 10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NOVATEL WIRELESS SECURITIES LITIGATION | Lead Case No. |
| | 08-CV-01689-AJB(RBB) |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | ORDER AWARDING ATTORNEYS' FEES AND EXPENSES AND LEAD PLAINTIFFS' EXPENSES PURSUANT TO 15 U.S.C. §78u-4(a)(4) |
| | DATE: June 20, 2014<br>TIME: 3:00 p.m.<br>CTRM: 3B, The Honorable Anthony J. Battaglia |

948969_1

THIS MATTER having come before the Court on June 20, 2014, on the motion of Lead Counsel for an award of attorneys' fees and expenses incurred in the Action; the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Action to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated January 31, 2014 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of 27.5% of the Settlement Fund and expenses in an aggregate amount of $1,454,249.34, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees shall be allocated by Lead Counsel in a manner which, in their good-faith judgment, reflects each counsel's contribution to the institution, prosecution, and resolution of the Action. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid to Lead Counsel from the Settlement Fund immediately after the date this Order is executed subject to the terms, conditions, and obligations of the Stipulation, which are incorporated herein.

5. Pursuant to 15 U.S.C. §78u-4(a)(4), Lead Plaintiffs Plumbers & Pipefitters' Local #562 Pension Fund and Western Pennsylvania Electrical

- 1 -                                          08-CV-01689-AJB(RBB)

Employees Pension Fund are awarded $23,503.99 and $9,019.64, respectively, in reimbursement of their time and expenses in serving on behalf of the Class.

IT IS SO ORDERED.

DATED:  June 23, 2014

_____
Hon. Anthony J. Battaglia
U.S. District Judge