# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ERVIN DERR, and PETER SHOEMAKER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

RA MEDICAL SYSTEMS, INC., DEAN IRWIN, ANDREW JACKSON, MELISSA BURSTEIN, MARTIN BURSTEIN, RICHARD HEYMANN, MAURICE BUCHBINDER, MARTIN COLOMBATTO, RICHARD MEJIA, JR., MARK E. SAAD, and WILLIAM ENQUIST, JR.,

Defendants.

Case No. 3:19-cv-01079-LAB-AHG

**SUPPLEMENTAL DECLARATION OF MELISSA MEJIA REGARDING: (A) MAILING OF THE NOTICE AND PROOF OF CLAIM; (B) REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

DECLARATION OF MELISSA MEJIA
Case No. 3:19-cv-01079

I, Melissa Mejia, hereby declare under penalty of perjury as follows:

1.      I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq").   Pursuant to the Court's February 1, 2022 Amended Order Granting Motion for Preliminary Approval of Class Action Settlement, Denying Motion to Dismiss Without Prejudice and Denying Motion for Consideration of Document Without Prejudice (ECF No. 81) (the "Preliminary Approval Order"), Epiq was authorized to act as the Claims Administrator in connection with the Settlement reached in the above-captioned action (the "Action").[1]   The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

2.      I submit this declaration as a supplement to my earlier declaration, the Declaration of Melissa Mejia Regarding: (A) Mailing of the Notice and Proof of Claim; (B) Publication of the Summary Notice; and (C) Report of Requests for Exclusion Received to Date, dated April 28, 2022 (the "Mailing Declaration").

3.      Since the execution of the Mailing Declaration, Epiq has continued to disseminate copies of the Notice and Claim Form (collectively, the "Notice Packet") in response to requests from potential Settlement Class Members, brokers, and other nominees.  Through June 1, 2022, Epiq has disseminated a total of 4,484 Notice Packets to potential Settlement Class Members and nominees.

## REPORT ON REQUESTS FOR EXCLUSIONS AND OBJECTIONS

4.      The Notice informed potential members of the Settlement Class that requests for exclusion from the Settlement Class are to be mailed or otherwise delivered to *Ra Medical Systems, Inc. Securities Litigation*, EXCLUSIONS, c/o Epiq, P.O. Box 5189, Portland, OR 97208-5189, such that they are received by Epiq no later than May 23, 2022.  Epiq has been monitoring all mail delivered to that Post Office Box.  Through June 1, 2022, Epiq has not received any requests for exclusions.

---

[1] Unless otherwise defined in this declaration, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement, dated November 15, 2021 ("Stipulation"), and previously filed with the Court.  *See* ECF No. 73-2.

5.    According to the Notice, Settlement Class Members wishing to object to the Settlement or any of its terms, the proposed Plan of Allocation of the Net Settlement Fund, and/or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, were required to file their written objections with the Court and mail copies to Lead Counsel and Defendants' Counsel such that the papers were received on or before May 23, 2022.  As of the date of this Declaration, Epiq has not received any objections and is not aware of any objections being filed with the Court.

### CLAIMS RECEIVED TO DATE

6.    As of the date of this Declaration, Epiq has received 164 Claims.  Of these,132 Claims were submitted by or on behalf of individuals and 32 were filed electronically by or on behalf of institutions.  The claim filing deadline requires all Claims to be postmarked or received by July 9, 2022, and in Epiq's experience, the vast majority of claimants submit their claims shortly before the deadline.  In particular, the majority of institutional investors, brokers, and nominees typically file Proof of Claims electronically at or near the claims deadline.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on June 1, 2022, at New York, New York.

*Melissa Mejia*
Melissa Mejia

SUPPLEMENTAL DECLARATION OF MELISSA MEJIA
Case No. 3:19-cv-01079

2