## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVIN DERR, and PETER SHOEMAKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RA MEDICAL SYSTEMS, INC., DEAN IRWIN, ANDREW JACKSON, MELISSA BURSTEIN, MARTIN BURSTEIN, RICHARD HEYMANN, MAURICE BUCHBINDER, MARTIN COLOMBATTO, RICHARD MEJIA, JR., MARK E. SAAD, and WILLIAM ENQUIST, JR.,<br><br>Defendants. | Case No. 3:19-cv-01079<br><br>**ORDER CONTINUING HEARING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEY FEES AND REIMBURSEMENT OF LITIGATION EXPENSES** |

A hearing on the Motion for Final Approval of the Class Action Settlement and the Motion for Attorney Fees and Reimbursement of Litigation Expenses is currently on calendar for Monday, June 13, 2022, at 11:30 a.m. The Court has reviewed the briefing and supporting documents, which indicate that, as of June 1, 2022, only 164 of the 4,484 identified potential class members have filed claims, (Dkt. 92-1), and the Settlement

Administrator anticipates that the "vast majority" of claims will be filed shortly before the July 9, 2022, claims deadline. (*Id.*).

Complete information on the number of claimants and class members (as opposed to potential class members) will assist the Court in its class certification analysis, so the hearing is **CONTINUED** to **August 15, 2022, at 11:30 a.m.** Plaintiffs are **ORDERED** to file an updated affidavit indicating the number of class members and claimants on or before **August 5, 2022**. No appearances will be required in this matter on June 13, 2022.

**IT IS SO ORDERED.**

Date: June 9, 2022

Honorable Larry Alan Burns
United States District Judge