Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Joseph D. Cohen (SBN 155601)
  jcohen@glancylaw.com
Casey E. Sadler (SBN 274241)
  csadler@glancylaw.com
Pavithra Rajesh (SBN 323055)
  prajesh@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiffs Ervin Derr
and Peter Shoemaker*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERVIN DERR, and PETER SHOEMAKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RA MEDICAL SYSTEMS, INC., DEAN IRWIN, ANDREW JACKSON, MELISSA BURSTEIN, MARTIN BURSTEIN, RICHARD HEYMANN, MAURICE BUCHBINDER, MARTIN COLOMBATTO, RICHARD MEJIA, JR., MARK E. SAAD, and WILLIAM ENQUIST, JR.,<br><br>Defendant. | Case No. 3:19-cv-01079-LAB-AHG<br><br>**RESPONSE TO COURT'S ORDER REQUESTING AN UPDATED AFFIDAVIT (ECF NO. 94)**<br><br>Judge:  Larry Alan Burns |

Pursuant to the Court's June 9, 2022 Order (ECF No. 94) requesting information on the number of class members and claimants, Lead Plaintiffs Ervin Derr and Peter Shoemaker (together, "Plaintiffs") respectfully submit the Second Supplemental Declaration of Melissa Mejia Regarding: (A) Mailing of the Notice and Proof of Claim; and (B) Claims Received to Date ("Second Supp. Decl."), attached hereto as Exhibit 1.

As of August 2, 2022, Epiq Class Action & Claims Solutions, Inc. has received 822 claims. Second Supp. Decl., at ¶ 4. Of these, a preliminary review indicates that there are 347 valid claims. *Id.* at ¶ 5. Based on the current number of valid claims, there are at least 347 class members, which is amply sufficient to certify the Settlement Class.[1] *See Rannis v. Recchia*, 380 Fed. App'x 646, 651 (9th Cir. 2010) ("In general, courts find the numerosity requirement satisfied when a class includes at least 40 members."); *Int'l Molders' & Allied Workers' Loc. Union No. 164 v. Nelson*, 102 F.R.D. 457, 461 (N.D. Cal. 1983) (numerosity met "particularly where class members number in excess of one hundred"); *see e.g.*, *Barnes v. AT & T Pension Benefit Plan-Nonbargained Program*, 270 F.R.D. 488, 493 n.2 (N.D. Cal. 2010) (class of "at least 285 individuals" satisfies numerosity); *Romero v. Securus Techs., Inc.*, 331 F.R.D. 391, 414 (S.D. Cal. 2018) (246 potential members).

Based on the foregoing, and for the reasons outlined in Plaintiffs' prior submissions (*see* ECF Nos. 87, 89, 92), Plaintiffs respectfully request the Court to finally approve the Settlement.

---

[1] This figure does not include purchasers of Ra Medical common stock who did not submit a claim. As such, this figure likely understates the number of class members. *See In re Cooper Cos. Sec. Litig.*, 254 F.R.D. 628, 634 (C.D. Cal. 2009) (court "certainly may infer" numerosity is met where, as here, "a corporation has millions of shares trading on a national exchange").

DATED: August 5, 2022      Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**
By: _/s/ Casey E. Sadler_
Robert V. Prongay
Joseph Cohen
Casey E. Sadler
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

_Counsel for Lead Plaintiffs Ervin Derr and Peter Shoemaker_

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847

_Additional Counsel_