# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ERVIN DERR, and PETER SHOEMAKER, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

        v.

RA MEDICAL SYSTEMS, INC., DEAN IRWIN, ANDREW JACKSON, MELISSA BURSTEIN, MARTIN BURSTEIN, RICHARD HEYMANN, MAURICE BUCHBINDER, MARTIN COLOMBATTO, RICHARD MEJIA, JR., MARK E. SAAD, and WILLIAM ENQUIST, JR.,

        Defendants.

Case No. 3:19-cv-01079-LAB-AHG

**SECOND SUPPLEMENTAL DECLARATION OF MELISSA MEJIA REGARDING: (A) MAILING OF THE NOTICE AND PROOF OF CLAIM; AND (B) CLAIMS RECEIVED TO DATE**

DECLARATION OF MELISSA MEJIA
Case No. 3:19-cv-01079

I, Melissa Mejia, hereby declare under penalty of perjury as follows:

1. I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). Pursuant to the Court's February 1, 2022 Amended Order Granting Motion for Preliminary Approval of Class Action Settlement, Denying Motion to Dismiss Without Prejudice and Denying Motion for Consideration of Document Without Prejudice (ECF No. 81) (the "Preliminary Approval Order"), Epiq was authorized to act as the Claims Administrator in connection with the Settlement reached in the above-captioned action.[1] The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

2. I submit this declaration as a supplement to my earlier declaration, the Supplemental Declaration of Melissa Mejia Regarding: (A) Mailing of the Notice and Proof of Claim; (B) Report of Requests for Exclusion Received to Date and Objections; and (C) Claims Received to Date, dated June 1, 2022 (the "Supplemental Mailing Declaration").

3. Since the execution of the Supplemental Mailing Declaration, Epiq has disseminated 372 additional copies of the Notice Packet in response to requests from potential Settlement Class Members, brokers, and other nominees. In total, an aggregate of 4,856 Notice Packets have been mailed to potential Settlement Class Members and nominees through August 2, 2022.

---

[1] Unless otherwise defined in this declaration, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement, dated November 15, 2021, and previously filed with the Court. *See* ECF No. 73-2.

**<u>CLAIMS RECEIVED TO DATE</u>**

4.    As of August 2, 2022, Epiq has received 822 Claims.[2]  Of these, approximately 615 Claims were filed electronically by or on behalf of institutions and approximately 207 Claims were submitted by or on behalf of individuals.  The Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses directed all Claims to be received by July 9, 2022, and as is typical, a significant number of Claims came in close to the claim filing deadline.  In particular, the majority of institutional investors, brokers, and nominees typically file Claims electronically at or near the claims deadline.  Now that the claim filing deadline has passed, the Claims received, both before and after the claim filing deadline, will be subject to a comprehensive review under Epiq's standard claims-processing procedures, which will identify any deficiencies in the Claims received.  Epiq will then communicate with Claimants with deficient, but correctable, Claims to give Settlement Class Members the opportunity to bring those Claims into compliance.  For example, some Claims may be missing documentation that, if submitted, will make them eligible for payment.

5.    Based on our preliminary review of the 822 Claims, 347 Claims are considered valid, 462 Claims are considered invalid, and 13 Claims are currently pending.   Based on previous experience, it is highly likely that the number of valid Claims will increase after the claimants have had the opportunity to correct deficiencies.

6.    Of the Claims that have been processed to date, the valid Claims have a preliminary total Recognized Loss of $33,113,834.66.  This loss figure is subject to change after Epiq has completed its validation, quality assurance and fraud prevention reviews.

---

[2]    The numbers of Claims filed do not include approximately 30 claims that were recently received and have yet to be loaded into our processing system.

SECOND SUPPLEMENTAL DECLARATION OF MELISSA MEJIA
Case No. 3:19-cv-01079

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on August 3, 2022, at New York, New York.


_Melissa Mejia_
Melissa Mejia

SECOND SUPPLEMENTAL DECLARATION OF MELISSA MEJIA
Case No. 3:19-cv-01079

3